IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiffs,<br><br>vs.<br><br>BENJAMIN M. MARTIN, AUDREY GLENN,<br><br>     Defendants. | 4:14CR3020<br><br>MEMORANDUM AND ORDER |

  Defendant Audrey Glenn has moved to continue the pretrial motion deadline, (filing no. 39), because the defendant and defense counsel need additional time to fully review discovery and investigate this case before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

  IT IS ORDERED:

1)  Defendant Audrey Glenn's motion to continue, (filing no. 39), is granted.

2)  **As to both defendants**, pretrial motions and briefs shall be filed on or before May 28, 2014.

3)  **As to both defendants**, trial of this case remains continued pending resolution of any pretrial motions filed.

4)  The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial. Accordingly, **as to both defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and May 28, 2014, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

April 28, 2014.            BY THE COURT:

                       *s/ Cheryl R. Zwart*
                       United States Magistrate Judge